UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO HERMIDA, et al.,

                Plaintiffs,

-against-

101 MORONTA FOOD CORP. (d/b/a 101 DYCKMAN FOOD CENTER), and FERNANDO MORONTA, individually,

                Defendants.

23-CV-4352 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 26, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 16, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge