UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Case No.  1:23-cv-04352-JGLC
RICARDO HERMIDA, AND UBALDO GUERRA LUNA,
*individually and on behalf of others similarly situated,*

                        Plaintiffs,                      **NOTICE OF MOTION**

    -against-

101 MORONTA FOOD CORP. (d/b/a 101 DYCKMAN
FOOD CENTER), and FERNANDO MORONTA,
*individually*,
                      Defendants.
---------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon this motion dated January 26, 2024, the Declaration of Melissa Vo, and supporting exhibits, Plaintiffs respectfully move the Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2(b) to enter default judgment in favor of Plaintiffs and against Defendants 101 MORONTA FOOD CORP. and FERNANDO MORONTA, on the grounds that said Defendants failed to answer or otherwise defend against the Complaint; award Plaintiff damages and reasonable attorneys' fees and costs, and any other relief as the Court may deem just and proper.

Dated: January 26, 2024
       New York, New York

                                                        **PHILLIPS & ASSOCIATES,**
                                                        **ATTORNEYS AT LAW, PLLC**

                                   By:    /s/    *Melissa Vo*
                                              Melissa Vo, Esq.
                                              *Attorneys for Plaintiff*
                                              45 Broadway, Suite 430
                                              New York, New York 10006
                                              (212) 248-7431
                                              mvo@tpglaws.com